United States Bankruptcy Court
Eastern District of New York

In re:                                                                     Case No. 16-41162-nhl
Gaetano Pressimone                                                         Chapter 7
Rosa F Pressimone
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-1            User: adobson              Page 1 of 2              Date Rcvd: Jul 28, 2016
                                Form ID: 318DF7            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
```
db/jdb        +Gaetano Pressimone,    Rosa F Pressimone,    39 Blossom Lane,    Staten Island, NY 10307-2309
smg            NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                Brooklyn, NY 11201-3719
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
8765993       +Cap1/bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
8765996      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court: Forster & Garbus,     60 Motor Parkway,    Commack, NY   11725)
8765998       +Santander Bank Na,    1130 Berkshire Blvd 3rd Floor,    Wyomissing, PA 19610-1242
8765999        Shiel,   63 Flushing Ave Unit 33G,    Brooklyn, NY 11205-1005
8766003      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD   21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 28 2016 18:21:29
                NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                Albany, NY 12205-0300
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 28 2016 18:20:50
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8783083       +EDI: GMACFS.COM Jul 28 2016 18:13:00     Ally Bank,    Attn: Lindsey McCarty,    P.O Box 130424,
                Roseville, MN 55113-0004
8765991       +EDI: GMACFS.COM Jul 28 2016 18:13:00     Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
8765992       +EDI: AMEREXPR.COM Jul 28 2016 18:13:00     Amex,    Po Box 297871,
                Fort Lauderdale, FL 33329-7871
8765994        EDI: CAPITALONE.COM Jul 28 2016 18:13:00     Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA   23238
8765995       +EDI: WFNNB.COM Jul 28 2016 18:13:00     Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                Westerville, OH 43081-2873
8765997       +EDI: PRA.COM Jul 28 2016 18:13:00     Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
8766000       +EDI: RMSC.COM Jul 28 2016 18:13:00     Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
8766001       +EDI: RMSC.COM Jul 28 2016 18:13:00     Syncb/gapdc,    Po Box 965005,    Orlando, FL 32896-5005
8766002       +EDI: RMSC.COM Jul 28 2016 18:13:00     Syncb/old Navy,    Po Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0207-1           User: adobson              Page 2 of 2              Date Rcvd: Jul 28, 2016
                               Form ID: 318DF7            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:

```
              Gregory Messer    gremesser@aol.com,   lduc@aol.com,gmesser@messer-law.com,
               mwilliams@messer-law.com,ny54@ecfcbis.com
              Kevin B Zazzera    on behalf of Joint Debtor Rosa F Pressimone kzazz007@yahoo.com
              Kevin B Zazzera    on behalf of Debtor Gaetano  Pressimone kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Pranali Datta    on behalf of Creditor    Santander Bank, N.A. pdatta@hhstein.com,
               carnold@hhstein.com;jbrocks@HHStein.com;nnapoli@hhstein.com
                                                                                             TOTAL: 5
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Gaetano Pressimone** | Social Security number or ITIN | **xxx–xx–5061** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Rosa F Pressimone** | Social Security number or ITIN | **xxx–xx–1645** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | | |
| Case number: | **1–16–41162–nhl** | Chapter: | **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Gaetano Pressimone                              Rosa F Pressimone

**IT IS FURTHER ORDERED**:

- Gregory Messer (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: July 28, 2016                          s/ Nancy Hershey Lord
                                                                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**